**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7453**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DENNIS MIMMS, JR.,

Defendant - Appellant.

---

**No. 01-7524**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DENNIS MIMMS, JR.,

Defendant - Appellant.

---

Appeals from the United States District Court for the Southern District of West Virginia, at Parkersburg.  Charles H. Haden II, Chief District Judge.  (CR-97-85, CA-00-1168-6)

---

Submitted:  December 20, 2001        Decided:  January 9, 2002

---

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Dennis Mimms, Jr., Appellant Pro Se.  Rebecca A. Betts, United States Attorney, Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis Mimms, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) (No. 01-7453). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Mimms further seeks to appeal the district court's denial as moot his motion to dismiss his criminal conviction for lack of subject matter jurisdiction (No. 01-7524). We find no reversible error upon our review of the record and the district court's opinion. Accordingly, we deny a certificate of appealability and dismiss the appeals on the reasoning of the district court. See United States v. Mimms, Nos. CR-97-85; CA-00-1168-6 (S.D.W. Va. July 12 & Aug. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3